**SUMMARY STATEMENT**

*Riley v. Spiral Butte*, Docket No. 40061

In an appeal from a Madison County case, the Idaho Supreme Court affirmed the district court's grant of summary judgment in favor of Spiral Butte. The Idaho Supreme Court affirmed the district court's grant of summary judgment because the Rileys failed to raise a genuine issue of material fact that the parties' lease option agreement was in "full force and effect," as required by the agreement, when the Rileys sought to exercise their option under the agreement. Additionally, the Idaho Supreme Court concluded that Spiral Butte was entitled to an award of attorney fees and costs under the terms of the parties' agreement.